```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
JORDAN KLEMONS,                                               :
                                                              :
                                      Plaintiff,              :       1:20-cv-08326-GHW
                                                              :
                  -against -                                  :           ORDER
                                                              :
COMMISSIONER OF SOCIAL SECURITY,                              :
                                                              :
                                      Defendant.              :
                                                              :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/2020

GREGORY H. WOODS, District Judge:

Plaintiff has brought this action pursuant to Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), seeking a review of denial of disability benefits. It is hereby

ORDERED that, unless otherwise ordered by the Court, the Commissioner of Social Security shall file an Electronic Certified Administrative Record (e-CAR) on the date on which it files its answer or other responsive pleading. If the Commissioner wishes to file a motion for judgment on the pleadings, any other motion, or a stipulation to remand to the Commissioner, the Commissioner shall do so within thirty (30) days from the filing of the answer and the e-CAR. If Plaintiff wishes to file a cross-motion, Plaintiff must do so within thirty days after the Commissioner's filing of a motion. Opposition to any motion shall be filed within thirty days from service of the motion. Any reply must be filed within fourteen days thereafter. Any motion or opposition must be accompanied by a supporting memorandum of law and include specific citation to the parts of the record on which the party relies.

Requests for an extension of any of the dates set forth herein must be made in accordance with the Court's Individual Rule 1(E). In addition, if the Commissioner anticipates that the Commissioner will require an extension of the date by which it must file a motion for judgment on

the pleadings, any other motion, or a stipulation of remand to the Commissioner, the Commissioner should request the extension no less than two business days prior to the filing of the e-CAR and answer or other responsive pleading.

  This order does not relieve Plaintiff of his obligation to serve the Commissioner in accordance with Federal Rule of Civil Procedure 4(i).

  SO ORDERED.

Dated: October 7, 2020

              _____
                GREGORY H. WOODS
                United States District Judge