

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

February 8, 2021

BY ECF

**MEMORANDUM ENDORSEMENT**

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re:  Jordan Klemons v. Comm'r of Soc. Sec.
20 Civ. 8326 (GHW) (GWG)

Dear Judge Gorenstein:

This office represents the defendant Commissioner of Social Security in the above-referenced case.  Pursuant to the schedule in this case, the administrative record is due on February 10, 2021.  We write respectfully to request, with the consent of plaintiff's counsel, that the time to file the record be extended for 60 days, until April 12, 2021.  The reason for this request is the Social Security Administration needs more time to prepare the record due to telecommuting and other workplace changes in response to the pandemic.  No prior adjournment has been requested in this matter.  We appreciate the Court's consideration of this request.

**Application granted.  Extension to April 12, 2021, granted.**

**So Ordered.**

GABRIEL W. GORENSTEIN
United States Magistrate Judge
**February 8, 2021**

Respectfully,

AUDREY STRAUSS
United States Attorney

By:          s/  *Susan D. Baird*
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
Susan.Baird@usdoj.gov

cc:     BY ECF
Charles E. Binder, Esq.