

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

April 8, 2021

BY ECF

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

**MEMORANDUM ENDORSEMENT**

Re: Jordan Klemons v. Comm'r of Soc. Sec.
    20 Civ. 8326 (GWG)

Dear Judge Gorenstein:

      Pursuant to the schedule in the above-referenced Social Security case, the administrative record is due on April 12, 2021. We write respectfully to request, with the consent of plaintiff's counsel, that the time to file the record be extended for 60 days. The resulting schedule would be:

      Administrative record due June 11, 2021
      Plaintiff's brief due August 10, 2021
      Government's brief due October 12, 2021
      Plaintiff's reply brief, if any, due November 2, 2021.

      The reason for this request is that as a result of the pandemic, the Social Security Administration has had to redesign its business process to produce records remotely, and is also faced with the challenge of a significant increase in the number of new cases filed. One prior adjournment has been granted in this case.

We appreciate the Court's consideration of this request.

        Respectfully,

        AUDREY STRAUSS
        United States Attorney

By:     s/ *Susan D. Baird*
        SUSAN D. BAIRD
        Assistant United States Attorney
        tel. (212) 637-2713
        Susan.Baird@usdoj.gov

cc: Charles E. Binder, Esq.

**The proposed schedule is approved.**

**So Ordered.**

*[signature]*
GABRIEL W. GORENSTEIN
United States Magistrate Judge

**April 8, 2021**