UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JORDAN KLEMONS,

        Plaintiff,

vs.                                                Civil Action No.:
                                                    1:20-CV-08326-GWG

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
-----------------------------------------------------------X

## ORDER

       AND, NOW, this  4th  day of    August   , 2021, upon consideration of Plaintiff's Motion for an extension of time to file Plaintiff's motion for judgment on the pleadings,

       IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.  Plaintiff's motion is due September 10, 2021.  Defendant's opposition to Plaintiff's motion and cross-motion is due November 9, 2021.  Plaintiff's reply, if any, is due November 30, 2021.

Entered:  August 4, 2021                             _____
                                                    Gabriel W. Gorenstein
                                                    United States Magistrate Judge