UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JORDAN KLEMONS,

        Plaintiff,

vs.                                                                       Civil Action No.:
                                                                      1:20-CV-08326-GWG

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
------------------------------------------------------------X

**<u>ORDER</u>**

        AND, NOW, this 1st day of September, 2021, upon consideration of Plaintiff's Motion for an extension of time to file Plaintiff's motion for judgment on the pleadings,

        IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.  Plaintiff's motion is due October 11, 2021.  Defendant's opposition to Plaintiff's motion and cross-motion is due December 10, 2021.  Plaintiff's reply, if any, is due December 31, 2021.

Entered: September 1, 2021                                           _____
                                                                                  Gabriel W. Gorenstein
                                                                          United States Magistrate Judge