

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

February 3, 2022

BY ECF

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

MEMORANDUM ENDORSED

          Re:  Jordan Klemons v. Comm'r of Soc. Sec.
               20 Civ. 8326 (GWG)

Dear Judge Gorenstein:

     Pursuant to the schedule in the above-referenced Social Security case, the government's brief is due February 8, 2021, and plaintiff's reply brief is due March 1, 2022.  We write respectfully to request, with the consent of plaintiff's counsel, that the remaining briefing schedule in this case be adjourned for 30 days, as follows:

     Government's brief due March 10, 2022
     Plaintiff's reply brief, if any, due March 31, 2022.

     The reason for this request is that as a result of a dramatic increase in the number of Social Security cases filed, the calendar of the undersigned requires the filing of 13 other Social Security briefs between now and March 10, 2022.  One prior adjournment of the briefing schedule was granted.   We appreciate the Court's consideration of this request.

                                    Respectfully,

                                    DAMIAN WILLIAMS
                                    United States Attorney

                 By:       s/  *Susan D. Baird*
                          SUSAN D. BAIRD
                          Assistant United States Attorney
                          tel. (212) 637-2713
                          Susan.Baird@usdoj.gov

The proposed schedule is approved.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
February 3, 2022