**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JORDAN KLEMONS,

                Plaintiff,                20 **CIVIL** 8326 (GWG)

      -v-                                    <u>**JUDGMENT**</u>

KILOLO KIJAKAZI, COMMISSIONER
SOCIAL SECURITY ADMINISTRATION,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 7, 2022, Klemons' motion for judgment on the pleadings is denied, and the Commissioner's cross motion for judgment on the pleadings is granted.

**Dated:**  New York, New York
           September 7, 2022

                                                        **RUBY J. KRAJICK**

                                                        _____
                                                           **Clerk of Court**
                            **BY:**     *K. Mango*
                                                            _____
                                                           **Deputy Clerk**